George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Crystal Randolph*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Crystal Randolph,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Equifax Information Services LLC; Trans Union LLC; Experian Information Solutions, Inc.; Innovis Data Solutions, Inc.; Clarity Services, Inc.; Backgroundchecks.com LLC; Oportun, Inc.; Upstart Holdings, Inc.; Upgrade, Inc.; Synchrony Financial and Foursight Capital, LLC,<br><br>　　　　　　Defendants. | Case No.: 2:24-cv-01780<br><br>**Stipulation for dismissal of Synchrony Financial with prejudice.** |

　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Crystal Randolph and Synchrony Financial stipulate to dismiss Plaintiff's claims against Synchrony Financial with prejudice.

///

///

_____

STIPULATION　　　　　　　　　　　　　　- 1 -
127388565.1

Each party will bear its own costs, disbursements, and attorney fees.

Dated: February 5, 2025.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Crystal Randolph*

**WOMBLE BOND DICKINSON (US) LLP**

/s/ *Brittni A. Tanenbaum*
J Christopher Jorgensen, Esq.
Brittni A. Tanenbaum, Esq.
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
*Counsel for Synchrony Financial*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: February 11, 2025

STIPULATION         - 2 -

127388565.1